**Petition for Writ of Mandamus Denied and Memorandum Opinion filed October 13, 2015.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-15-00711-CV

---

## IN RE PANGEAN ENERGY BAKKEN SHALE IH, LLC, PANGEAN ENERGY, LLC AND THE ESTATE OF BART SWEAZA, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**125th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-07062**

---

## MEMORANDUM OPINION

On August 21, 2015, relators Pangean Energy Bakken Shale IH, LLC, Pangean Energy, LLC and the Estate of Bart Sweaza filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West 2004); *see also* Tex. R. App. P. 52. In the petition, relators ask this court to compel the Honorable Kyle Carter, presiding judge of the 125th District Court of Harris County, to vacate his Order Granting Plaintiffs' Motion to Compel, which compels relators to

product a "List of Investors in Pangean since inception, including changes in members", signed on July 27, 2015.

Relators have not established that they are entitled to mandamus relief. Accordingly, we deny relators' petition for writ of mandamus and lift our stay granted on August 24, 2015.

PER CURIAM

Panel consists of Justices Boyce, Busby, and Brown.